UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7

| | |
|---|---|
| Tri State Honey, LLC<br><br>                            Plaintiff,<br><br>        v.<br>United States<br><br>                            Defendant. | Court No. 25-00080<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: July 24, 2025
_____

Oscar Gonzalez
_____
Attorney for Plaintiff

2911 Turtle Creek Boulevard, Suite 300
_____
Street Address

Dallas, Texas 75219
_____
City, State and Zip Code

469-774-4793
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 25-00080 | Tri State Honey, LLC | 4601-24-137827 | 609-0639114-3<br>609-0638827-1<br>609-0638828-9<br>609-0639860-1<br>609-0639405-5<br>609-0639675-3<br>609-0639612-6<br>609-0640206-4<br>609-0639859-3<br>609-0640693-3<br>609-0640690-9 |

Order of Dismissal

   The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: July 28, 2025

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
           Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)